1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN HERNANDEZ,                          Case No.  1:21-cv-01517-BAK(HBK)

12                    Plaintiff,                ORDER GRANTING PARTIES' JOINT
                                                MOTION TO REMAND UNDER SENTENCE
13          v.                                  FOUR OF 42 U.S.C. § 405(g), REVERSING
                                                FINAL DECISION AND REMANDING
14   COMMISSIONER OF SOCIAL                     CASE[1]
     SECURITY,
15                                              (Doc. No. 14)
                     Defendant.
16                                              ORDER FINDING MOTION FOR
                                                SUMMARY JUDGMENT MOOT
17
                                                (Doc. No.  12)
18

19          Pending before the Court is the parties' Joint Motion to Remand filed on May 24, 2022.

20   (Doc. No. 14).  Plaintiff Steven Hernandez and the Commissioner of Social Security agree that

21   this case should be remanded for further administrative proceedings under sentence four of 42

22   U.S.C. § 405(g).  (*Id*. at 1).

23          The United States Supreme Court held that the Social Security Act permits remand in

24   conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision.

25   *See Melkonyan v. Sullian*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under

26   the Equal Access to Justice Act and calculating deadline using date of final judgment).  The

27

28   [1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. §636(c)(1).
     (Doc. No. 8).

*Melkonyan* Court recognized 42 U.S.C. § 405(g) contemplates only two types of remand –
sentence four or sentence six.  *Id.* at 98.  A sentence four remand authorizes a court to enter "a
judgment affirming, modifying, or reversing the decision of the Secretary, with or without
resetting the cause for a rehearing."  *Id.* (other citations omitted).

      The Court grants the parties' motion to remand.  As agreed by the parties, upon remand
the "Commissioner will offer the Plaintiff the opportunity for a hearing, further develop the
record as necessary; consider all pertinent issues *de novo,* including, but not limited to, further
evaluating the persuasiveness of the prior administrative medical findings and medical opinions,
including evaluation of both supportability and consistency, and seeking supplemental vocational
expert evidence to determine whether there are significant number of jobs on the national
economy that the claimant can perform."  (Doc. No. 14 at 1-2).

      Accordingly, it is **ORDERED**:

      1.  The parties' Joint Motion to Remand (Doc. No. 14) is GRANTED, the final decision of
the Commissioner is REVERSED and this case is REMANDED for further proceedings
consistent with this Order.

      2.  A motion for attorneys' fees may be filed by separate motion.

      3.  Plaintiff's Motion for Summary Judgment (Doc. No. 12) is MOOT.

      4.  The Clerk shall enter judgment in favor of Plaintiff, terminate all deadlines, and close
this case.

Dated:    May 25, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE